```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/10/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Patricia Falcaro,

                        Plaintiff,

-against-

Authentic Brands Group LLC,

                        Defendant.

1:20-cv-10768 (RA) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference held with the parties this afternoon, it is hereby ORDERED that, no later than Thursday, June 17, 2021, the parties shall submit a joint letter setting forth proposed deadlines for (1) amendment of pleadings; (2) close of fact discovery; and (3) close of expert discovery.

**SO ORDERED.**

DATED:      New York, New York
                June 10, 2021

_____
STEWART D. AARON
United States Magistrate Judge