UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Patricia Falcaro,

                          Plaintiff,

-against-

Authentic Brands Group LLC,

                          Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/23/2022

1:20-cv-10768 (RA) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

    It is hereby Ordered that, no later than Wednesday, March 9, 2022, the parties shall file a joint letter regarding proposed next steps in this action, including whether they wish to participate in a settlement conference (and, if so, setting forth available dates) and/or if either party intends to file a dispositive motion.

**SO ORDERED.**

DATED:      New York, New York
              February 23, 2022

_____
STEWART D. AARON
United States Magistrate Judge