

**Scott R. Matthews**
212.237.1025
smatthews@windelsmarx.com

windelsmarx.com

156 West 56th Street | New York, NY 10019
T. 212.237.1000 | F. 212.262.1215

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/09/2022
```

March 9, 2022

**By Electronic Filing**

Hon. Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 11C
New York, NY 10007

Request GRANTED. SO ORDERED.
Dated: March 9, 2022

Re:   *Falcaro v. Authentic Brands Group, LLC*; Case No.: 1:20-cv-10768-RA

Dear Judge Aaron:

This firm represents defendant Authentic Brands Group, LLC ("ABG") in the above-referenced action. The parties jointly request to extend the status report deadline set forth in Your Honor's Order dated February 23, 2022 to Friday, March 11, 2022, because they wish to use the next two days to continue discussions in an attempt to resolve the dispute.

Thank you for Your Honor's consideration of this request.

Respectfully yours,

Scott R. Matthews

cc:   Randy Kleinman, Esq. (via electronic filing)

{12018850:1}